UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | WDTX Case No. MO:14-MJ-151 |
| vs. | ) | EDTN Mag. No. 1:14-MJ-100 |
| | ) | |
| JOHN LEDSINGER | ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 7, 2014, and a continued hearing on April 11, 2014, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure, on a Complaint and Warrant for Arrest out of the Western District of Texas. Those present for the hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The Defendant.
(3) Attorney Myrlene Marsa for defendant.

At the April 7, 2014, hearing, after being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Attorney Myrlene Marsa of Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Complaint and Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

The defendant requested additional time in which to prepare for his hearing and determine if his case could be resolved in the Eastern District of Tennessee. The Court rescheduled his hearing for Friday, April 11, 2014.

At the April 11, 2014 hearing, the defendant waived his preliminary hearing and detention hearing, reserving the right to have those hearings in the charging district. The AUSA moved defendant be detained without bail pending a hearing in the Western District of Texas.

### Findings

(1) Explanation of Rules 5 and 5.1 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant waived his

1

preliminary hearing and asked to have his detention hearing in the charging district.

## Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Western District of Texas.

(2) The U.S. Marshal shall transport defendant to the Western District of Texas, for a hearing before the duty magistrate judge on a date to be determined once defendant is in said district's custody.

ENTER.

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE